factually and legally insupportable conclusions from the record?

**Dwight BOWEN, Appellant**

v.

**COMMONWEALTH of Pennsylvania DEPARTMENT OF CORRECTIONS, Dorina Varner Soiga, Central Office, Jon D. Fisher, Warden at Smithfield, Lisa Hollibaugh, Correction Supt. Assistant 2, and Shoop Lieutenant at Smithfield, Appellees.**

Supreme Court of Pennsylvania.

Jan. 19, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 19th day of January, 2012, the Order of the Commonwealth Court is **AFFIRMED.**